| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Randy** | **Benavides** | **Balderas** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | 20-50356-RBK | | |

☑ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?
   ☑ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Randy Benavides Balderas**      Case number (if known) **20-50356-RBK**

## Part 2: Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $6,500.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the last calendar year:<br>(January 1 to December 31, **2019**)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $78,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, **2018**)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $191,306.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. Did you receive any other income during this year or the two previous calendar years?
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | Unknown | | | |
| For the last calendar year:<br>(January 1 to December 31, **2019**)<br>YYYY | Unknown | | | |
| For the calendar year before that:<br>(January 1 to December 31, **2018**)<br>YYYY | Capital gains<br>Partnership income<br>Farm income | $35,000.00<br>($149,111.00)<br>($235,813.00) | | |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 2

Debtor 1   **Randy Benavides Balderas**                                   Case number (if known)  **20-50356-RBK**

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

   ☑ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No. Go to line 7.

   ☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Debtor pays Elvira $1,710.00/month plus**<br>Creditor's name<br>**$10,000.00 every 45 days (until current)**<br>Number  Street<br>_____<br>City         State    ZIP Code | Monthly | | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **Child support** |
|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
| **Debtor pays Security State Bank**<br>Creditor's name<br>**$3,190.00/month (Nov., Dec.)**<br>Number  Street<br>_____<br>City         State    ZIP Code | | | | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    Randy Benavides Balderas                              Case number (if known) __20-50356-RBK__

7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Caterpillar Financial Services Corp. vs. Randy B. Balderas d/b/a Trojan Construction Services<br>Case number 16-01-0015-CVA | Breach of contract/judicial foreclosure | In the 81st - 218th District Courts<br>Court Name<br>of Atascosa County, Texas<br>Number  Street<br><br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| RDO Equipment Co. v. Randy Benavides Balderas, Ind. & d/b/a Trojan Construction Services<br>Case number DC-16-03113 | Breach of credit agreement and rental agreement | In the District Court<br>Court Name<br>44th Judicial District<br>Number  Street<br>Dallas County, Texas<br><br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Arnold Oil Co. Fuels, LLC v. Randy Benavides Balderas, Ind. & d/b/a Trojan Construction Services<br>Case number C-1-CV-16004068 | Collection | County Court at Law No. 2<br>Court Name<br>Travis County, Texas<br>Number  Street<br><br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1  **Randy Benavides Balderas**    Case number (if known) **20-50356-RBK**

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Curl Stahl Geis vs. Christopher Clifton, Trojan Pipeline Maintenance, LLC and Randy Balderas**<br>Case number **2016-CV-04510** | **Suit for legal fees** | **In the County Court at Law No. 10**<br>Court Name<br>**Bexar County, Texas**<br>Number  Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Scottrade Bank Equipment Finance v. Randy Balderas d/b/a Trojan Construction Services**<br>Case number **16-SL-CC02933** | **Breach of lease** | **In the Circuit Court of St. Louis County**<br>Court Name<br>**Twenty-First Judicial Circuit**<br>Number  Street<br>**State of Missouri** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Luis Navarro vs. Randy Balderas, d/b/a Trojan Construction Service**<br>Case number **15-08-0722-CVA** | **Wrongful termination** | **In the 81st-218th District Court**<br>Court Name<br>**of Atascosa County, Texas**<br>Number  Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Security Service F.C.U.**<br>Creditor's Name<br>**P.O. Box 27397**<br>Number  Street<br><br>**San Antonio**  **TX**  **78227-0397**<br>City  State  ZIP Code | **2014 Dodge Ram 5500**<br>**VIN ...5929**<br><br>Explain what happened<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **7/2019** | **$35,000.00** |
| **Hooge Farms, Inc.**<br>Creditor's Name<br>**P.O. Box 908**<br>Number  Street<br><br>**Poteet**  **TX**  **78065**<br>City  State  ZIP Code | **202.491 acres in Atascosa County**<br><br>Explain what happened<br>☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **3/5/19** | **$1,000,000.00** |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 5

Debtor 1   **Randy Benavides Balderas**   Case number (if known) __20-50356-RBK__

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **William & Janice Ruple**<br>Creditor's Name<br>**201 Brian Dr.**<br>Number  Street | .79 acres in City of Charlotte, out of the Eulogia Hernandez Survey, Abstract 349, Atascosa County, Texas (503 South Main, Pleasanton, TX) | 7/2/2019 | $50,000.00 |

**Pleasanton**   **TX**   **78064**
City            State  ZIP Code

Explain what happened
- ☐ Property was repossessed.
- ☑ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **John Deere Financial**<br>Creditor's Name<br>**P.O. Box 6600**<br>Number  Street | Equipment | 7/2019 | $500,000.00 |

**Johnston**   **IA**   **50131-6600**
City           State  ZIP Code

Explain what happened
- ☐ Property was repossessed.
- ☑ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☐ No
☑ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| .<br>Creditor's Name<br>Number  Street | The IRS has garnished Debtor's bank accounts on a couple of occasions & recently garnished $5,000 rental pymt for Casehold, which Debtor uses to make Note pymt to Security State Bank on 303 E. Hindes which is leased to Casehold/Nex Tier. | | |

City   State  ZIP Code   Last 4 digits of account number: XXXX-___ ___ ___ ___

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

Debtor 1 **Randy Benavides Balderas**      Case number (if known) **20-50356-RBK**

### Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

### Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ☑ No
    ☐ Yes. Fill in the details.

### Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Langley & Banack, Inc.**<br>Person Who Was Paid | Cash - $7,500.00 for legal services and $335.00 for filing fees | Various | $7,835.00 |
| **745 E. Mulberry Ave., Suite 900**<br>Number Street | | | |
| **San Antonio    TX    78212**<br>City    State    ZIP Code | | | |
| **wrdavis@langleybanack.com**<br>Email or website address | | | |

Person Who Made the Payment, if Not You

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1 **Randy Benavides Balderas**    Case number (if known) **20-50356-RBK**

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Greg Presley**<br>15700 Colonia Beta<br>Edmond, OK 73013<br>Person's relationship to you **None** | Guns - see gun list attached - $20,000.00 | Paid past due child support with sales proceeds ($20,000.00). | 4/28/2019 |
| **Diamond & Jewelry Gallery**<br>11745 IH-10 W<br>San Antonio, TX 78230<br>Person's relationship to you **None** | Sold Rolex GMT Master; Rolex Submariner; Rolex Chronometer | $15,000.00 cash | 6/2018 |
| **Paul Benavides, Jr.**<br>146 County Rd. 308A<br>Jourdanton, TX 78026<br>Person's relationship to you **Uncle** | 2 German short hair pointers - $600.00 | Sold for $600.00 total | 4/2018 |
| **Paul Benavides, Jr.**<br>146 County Rd. 308A<br>Jourdanton, TX 78026<br>Person's relationship to you **Cousin** | 2014 Yamaha Grizzly 55 - $3,500.00 | $3,500.00 cash | 4/2019 |

Randy Balderas Gun List

| Brand | Description | Serial# | Value |
|---|---|---|---|
| Kimber | Pistols | KR218469 | $ 500.00 |
| Kimber | Pistols | KSP1048 | $ 500.00 |
| Kimber | Pistols | K484551 | $ 350.00 |
| Colt | Pistols | CI46033 | $ 250.00 |
| Glock | Pistols | AAZH138 | $ 350.00 |
| Berretta | Pistols | PY60163 | $ 350.00 |
| Berretta | Pistols | PK20788 | $ 350.00 |
| S&W | Pistols | HT18931 | $ 350.00 |
| Sig Sauer | Pistols | 58A005267 | $ 350.00 |
| H&k | Pistols | 22-107528 | $ 350.00 |
| H&k | Pistols | 25-131099 | $ 350.00 |
| H&k | Pistols | 27130168 | $ 350.00 |
| Kelter | Pistols | PMR-30 | $ 350.00 |
| S&W | Pistols | HHE6139 | $ 500.00 |
| FN | Pistols | 386228250 | $ 500.00 |
| FN | Pistols | FX3U005765 | $ 500.00 |
| FN | Pistols | FX2U014193 | $ 450.00 |
| Kimber | Pistols | KU232311 | $ 350.00 |
| Master Piece | Pistols | V6922 | $ 900.00 |
| SAKO | RIFLES | F65387 | $ 600.00 |
| REMINGTON | RIFLES | 35022410948 | $ 1,200.00 |
| WHEATHERBY | RIFLES | PR043169 | |

| Brand | Description | Serial# | Value |
|---|---|---|---|
| SIGSAUER | AR | 23D004208 | $ 1,200.00 |
| S&W | AR | 46010 | $ 800.00 |
| BUSHMASTER | AR | BRD000629 | $ 750.00 |
| FN SCAR | AR | 314SNLC16611 | $ 1,500.00 |
| S&W | AR | DUI8330 | $ 500.00 |
| ROCK & RIVER | AR | D02091 | $ 650.00 |
| BERETTA | AR | SX00892 | $ 950.00 |
| BLACK RAIN | AR | SL001500 | $ 1,250.00 |
| BLACK RAIN | AR | 23351 | $ 1,000.00 |
| SAVAGE | AR | HB39581 | $ 750.00 |
| FN | AR | 314SNRC24371 | $ 1,250.00 |
| S&W | AR | ST10340 | $ 750.00 |
| FN | AR | HC27186 | $ 1,250.00 |
| KEL TEC | AR | X2242 | $ 750.00 |
| S&W | AR | SR40839 | $ 750.00 |
| IWI | AR | T0028022 | $ 750.00 |
| FN | AR | 87929 | $ 1,200.00 |
| KNIGHT ARMOCO | AR | KM904919 | $ 750.00 |
| ROCK & RIVER | AR | KT1160620 | $ 750.00 |
| S&W | AR | SR 54382 | $ 750.00 |
| IWI TAVOR | AR | T0005486 | $ 1,250.00 |

$ 19,800.00

Debtor 1  **Randy Benavides Balderas**  Case number (if known) **20-50356-RBK**

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Daniel Sauceda**<br>Person Who Received Transfer<br>**404 Old Christine Rd.**<br>Number  Street<br><br>**Pleasanton**  **TX**  **78064**<br>City  State  ZIP Code<br>Person's relationship to you **None** | 2014 Yamaha Grizzly 55 - $4,000.00 | $4,000.00 cash | **11/2018** |
| **Will Davidson**<br>Person Who Received Transfer<br>**1346 Parkridge**<br>Number  Street<br><br>**San Antonio**  **TX**  **78216**<br>City  State  ZIP Code<br>Person's relationship to you **None** | (3) 2014 Dodge Ram 1500's (...7825; ...7841; ...7833) - $63,000.00 | Security State Bank (lien in the amount of $27,000.00)<br>Net to Debtor - $36,000.00 | **5/2019** |
| **Wilson County Auction**<br>Person Who Received Transfer<br>**Wilson County Courthouse**<br>Number  Street<br><br>**Floresville**  **TX**  **78114**<br>City  State  ZIP Code<br>Person's relationship to you **None** | 3 horses - $600 each | | **5/2019** |
| **Thomas Moy**<br>Person Who Received Transfer<br>**Water Well Drilling, Inc.**<br>Number  Street<br>**12323 N. State Hwy. 123**<br><br>**Falls City**  **TX**  **78113**<br>City  State  ZIP Code<br>Person's relationship to you **None** | 2007 Mack 18-Wheeler Winch truck - $10,000.00 cash (plus $25,000.00 credit against debt) | | **9/2019** |
| **Will Davidson**<br>Person Who Received Transfer<br>**1346 Parkridge**<br>Number  Street<br><br>**San Antonio**  **TX**  **78216**<br>City  State  ZIP Code<br>Person's relationship to you **None** | 2010 Dodge Ram 1500 - $3,500.00 | | **9/2019** |

Debtor 1 **Randy Benavides Balderas**   Case number (if known) **20-50356-RBK**

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Swan Lake Farms, LLC** 4809 Hazel Jones Rd. Bossier City, LA 71111 Person's relationship to you **None** | 6 3x4 pumps ($55,000), 1 pressure washer ($5,000) and drop deck trailer ($10,000) | | **10/29/2018** |
| **Marcelo Hernandez** Top Gun Energy 1329 Rose Dr. Alice, TX 78332 Person's relationship to you **None** | JLG Forklift G6-42A, Serial # 16002211 - $25,000.00 | | **10/23/2018** |
| **Swan Lake Farms, LLC** 4809 Hazel Jones Rd. Bossier City, LA 71111 Person's relationship to you **None** | Trailer - Tandem/fuel Magnum MMG 120-01 ...22661 and two tank pressure washers - $25,000.00 | | **9/2019** |
| **Joey Garza** Charlotte, TX Person's relationship to you **None** | Horse trailer CM Trailers, CMH4643-136 ...33555 - $4,500.00 | | **7/2019** |
| **Elezar Garza** Rossville, TX Person's relationship to you **None** | Post-Pounder Blackcat 3PT - $2,000.00 | | **7/2019** |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 10

Debtor 1     **Randy Benavides Balderas**            Case number (if known)   **20-50356-RBK**

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Julias Roby** <br> Number Street <br><br> **Charlotte**   **TX** <br> City   State   ZIP Code <br> Person's relationship to you **None** | Hay bale mover (Savage 0024) ...25WG - $800.00 | | 7/2019 |
| **Marcelo Hernandez** <br> **Top Gun Energy** <br> Number Street <br> **1329 Rose Dr.** <br><br> **Alice**   **TX**   **78332** <br> City   State   ZIP Code <br> Person's relationship to you **None** | 3 10x8 water transfer pumps, 10" TPU layflat hose (3 miles), 6 Road Crossing, 20' bumper pull trailer - $160,000.00 | | 9/14/2018 |
| **Bulls Eye Services** <br> **Attn: Chris Rodgers** <br> Number Street <br> **P.O. Box 1973** <br><br> **Dilly**   **TX**   **78017** <br> City   State   ZIP Code <br> Person's relationship to you **None** | 1 Magnum Generator 320 W, 1 John Deere Transfer Pump 3x4, 1 Polly trailer, 2 Pipe rack sets - $79,000.00 | | 9/13/2018 |
| **Kevin Mcintyre** <br> Number Street <br><br> **Dilley**   **TX** <br> City   State   ZIP Code <br> Person's relationship to you **None** | Vermer RTX450 Trencher (...3174), 2013 Forest River Bathroom Trailers, 2 Lamar Trailers w/power washers (16 Tandem) - $38,000.00 | | 5/18/2019 |
| **Unknown Party from Mexico** <br> Number Street <br><br> City   State   ZIP Code <br> Person's relationship to you **None** | Legend Gooseneck Trailer w/Ramps - $1,500.00 (cash) | | 8/2019 |

Debtor 1    Randy Benavides Balderas            Case number (if known)   20-50356-RBK

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Swan Lake Farms, LLC**<br>48009 Hazel Jones Rd.<br>Number    Street<br><br>Bossier City    LA    71111<br>City    State    ZIP Code<br>Person's relationship to you **None** | 2 Lamar Trailer w/power washers (18' Tandem); 4 Lamar Trailers w/power washers (16' Tandem) - $12,000.00 | | 9/8/2019 |
| **Marcelo Hernandez**<br>Top Gun Energy<br>Number    Street<br>1329 Rose Dr.<br><br>Alice    TX    78332<br>City    State    ZIP Code<br>Person's relationship to you **None** | 2 2013 Lamar Tandem Trailers and Pioneer Water Pumps (...0155 and ...0157) - $70,000.00 | | 8/2018 |
| **Swan Lake Farms, LLC**<br>4809 Hazel Jones Rd.<br>Number    Street<br><br>Bossier City    LA    71111<br>City    State    ZIP Code<br>Person's relationship to you **None** | Raider Tandem Trailer w/water pump, 7 Pioneer Trailers w/water pumps, 2 Cornell Water Pumps - $34,500.00 | | 9/2018 |
| **Mark Wilson**<br>Number    Street<br><br>Charlotte    TX<br>City    State    ZIP Code<br>Person's relationship to you **None** | Mack Truck with water tank (...0281) - $20,000.00 | | 9/5/2019 |
| **Scott Smoot Electric**<br>2100 County Rd. 303<br>Number    Street<br><br>Jourdanton    TX    78026<br>City    State    ZIP Code<br>Person's relationship to you **None** | 2 JLG Scissor Lifts (...2012 and ...1873) - $1,700.00 | | 9/19/2019 |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 12

| Debtor 1 | Randy Benavides Balderas | | Case number (if known) | 20-50356-RBK |
|---|---|---|---|---|

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Atascosa Materials, LLC**<br>300 FM 3006<br>Number  Street<br><br>Pleasanton  TX<br>City  State  ZIP Code<br><br>Person's relationship to you **None** | 2013 Fontaine Trailer (...5041) - $35,000.00 | | 5/2018 |
| **Daniel Sauceda**<br>404 Old Christine Rd.<br>Number  Street<br><br>Pleasanton  TX  78064<br>City  State  ZIP Code<br><br>Person's relationship to you **None** | 3 Micro-Rain Poly Sprinklers, Gooseneck Cattle Trailer, Gooseneck Triple Axle Cattle Trailer, Range Feeder Trip Hopper, BlackCat Post Pounder, Belltec Auger, AG Hay Van, Offfset Disc - $34,000.00 | | 6/10/2019 |
| **Bautista Well Services**<br>Number  Street<br><br>Dimebox  TX<br>City  State  ZIP Code<br><br>Person's relationship to you **None** | Vermeer Trencher - $28,000.00 (for services performed) | | 9/20/2019 |
| **GSS Transport, LLC**<br>248 Welco Ln.<br>Number  Street<br><br>Jourdanton  TX  78026<br>City  State  ZIP Code<br><br>Person's relationship to you **None** | 2014 Iron Bender (141024), MDV Sheer, 2014 American Plate Bending Roller, 18" Band Saw, 2009 Genoke Iron Worker - $60,000.00 | | 4/23/2019 |
| **Lara Comacho**<br>Number  Street<br><br>Pleasanton  TX  78064<br>City  State  ZIP Code<br><br>Person's relationship to you **Mother's boyfrier** | Stock trailer - $4,500.00 | | 7/2018 |

| Debtor 1 | Randy Benavides Balderas | | | Case number (if known) | 20-50356-RBK |
|---|---|---|---|---|---|

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Jacqueline Y. Balderas<br>2049 FM 3003<br>Number Street<br><br>Pleasanton  TX  78064<br>City  State  ZIP Code<br>Person's relationship to you **Wife** | Partition Agreement - Debtor transferred his community interest in Trojan Water Resources, LLC (owned 100% by Jacqueline Y. Balderas) to Jacqueline Y. Balderas in exchange for her 50% interest in Trojan Petroleum Services, Inc. (which the Debtor now owns 100% of) | | 12/31/2019 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?  (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ☑ No
    ☐ Yes. Fill in the details.

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ☑ No
    ☐ Yes. Fill in the details.

## Part 9:  Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ☑ No
    ☐ Yes. Fill in the details.

Official Form 107         Statement of Financial Affairs for Individuals Filing for Bankruptcy         page 14

Debtor 1 **Randy Benavides Balderas**     Case number (if known) **20-50356-RBK**

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?
    - ☑ No
    - ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?
    - ☑ No
    - ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.
    - ☑ No
    - ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    - ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    - ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    - ☐ A partner in a partnership
    - ☐ An officer, director, or managing executive of a corporation
    - ☐ An owner of at least 5% of the voting or equity securities of a corporation

    - ☐ No. None of the above applies. Go to Part 12.
    - ☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Trojan Petroleum Solutions, LLC**<br>Business Name | Describe the nature of the business<br>**Oilfield services** | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **748 E. Hindes**<br>Number Street | Name of accountant or bookkeeper<br>**Melanie Geist** | EIN: **4 7 – 4 9 0 8 5 3 3**<br>Dates business existed<br>From **3/4/2015** To **Present** |
| **Charlotte**   **TX**   **78011**<br>City   State   ZIP Code | | |

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page 15

Debtor 1    Randy Benavides Balderas             Case number (if known)   20-50356-RBK

**Oilfield Support Services, LLC**
Business Name
**16350 Park Ten Place, Suite 218**
Number   Street

**Houston    TX    77084**
City       State   ZIP Code

Describe the nature of the business
**Generators/light towers**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4 5 - 4 1 0 2 2 8 8

Dates business existed

From    2012     To    5/1/2015

---

**Balderas Land Co., LLC**
Business Name
**748 E. Hindes**
Number   Street

**Charlotte    TX    78011**
City       State   ZIP Code

Describe the nature of the business
**Real estate**

Name of accountant or bookkeeper
**Melanie Geist**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  8 1 - 3 3 2 2 0 2 6

Dates business existed

From    3/4/2015    To    7/2019

---

**Big Racques Ranch, Ltd.**
Business Name
**148 N. Burnett**
Number   Street

**Charlotte    TX    78011**
City       State   ZIP Code

Describe the nature of the business
**Real estate/ranching**

Name of accountant or bookkeeper
**Melanie Geist**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4 7 - 3 4 2 3 3 8 4

Dates business existed

From    3/4/2015    To    10/1/2018

---

**Trojan Pipeline Maintenance, LLC**
Business Name
**148 N. Burnett**
Number   Street

**Charlotte    TX    78011**
City       State   ZIP Code

Describe the nature of the business
**Shell - never active**

Name of accountant or bookkeeper
**N/A**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  4 7 - 3 1 8 1 9 1 0

Dates business existed

From    12/5/2014    To    1/29/2016

---

**Trojan Construction Services (d/b/a)**
Business Name
**148 N. Burnett**
Number   Street

**Charlotte    TX    78011**
City       State   ZIP Code

Describe the nature of the business
**Oil field services**

Name of accountant or bookkeeper
**Melanie Geist**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  __ __ - __ __ __ __ __ __ __

Dates business existed

From    2009     To    2014

---

**Eagle Vac Services, LLC**
Business Name
**2049 FM 3006**
Number   Street

**Pleasanton    TX    78064**
City       State   ZIP Code

Describe the nature of the business
**Shell (has not started operations)**

Name of accountant or bookkeeper
**Melanie Geist**

Employer Identification number
Do not include Social Security number or ITIN.

EIN:  8 4 - 4 5 0 8 4 4 5

Dates business existed

From    1/21/2020    To    N/A

---

Official Form 107       Statement of Financial Affairs for Individuals Filing for Bankruptcy       page 16

Debtor 1 __Randy Benavides Balderas__   Case number (if known) __20-50356-RBK__

__JYB Hair Studio, LLC__
Business Name

Describe the nature of the business
Hair salon (has not started operations)

Employer Identification number
Do not include Social Security number or ITIN.

__4501 McCullough__
Number    Street

Name of accountant or bookkeeper
__Melanie Geist__

EIN: __2__ __0__ – __7__ __2__ __3__ __0__ __0__ __7__ __3__

Dates business existed

From __10/17/2019__    To __N/A__

__San Antonio__  __TX__ __78212__
City      State  ZIP Code

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Official Form 107  Statement of Financial Affairs for Individuals Filing for Bankruptcy  page 17

Debtor 1   Randy Benavides Balderas                                              Case number (if known) __20-50356-RBK__

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ Randy Benavides Balderas_____     X _____
Randy Benavides Balderas, Debtor 1                              Signature of Debtor 2

Date __15 Jun 2020__                                                        Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).